EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2004

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 04-00331 DAE |
| Plaintiff, | CR 04-00331 DAE |
| | INDICTMENT |
| vs. | [Count 1:  18 U.S.C. §§ 2(a); 26 U.S.C. §§ 5845(a)(1), 5861(d); |
| GEORGE MAMORU INOUYE, also known as "Keoki," | |
| | Count 2:  18 U.S.C. §§ 922(g)(1) & 924(a)(2); |
| Defendants. | Count 3:  18 U.S.C. §§ 922(g)(3) & 924(a)(2); |
| | Count 4:  21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B); |
| | Counts 5 & 6:  21 U.S.C. § 844] |

**INDICTMENT**

**COUNT 1**
(18 U.S.C. § 2(a), 26 U.S.C. §§ 5845(a)(1) & 5861(d))

The Grand Jury charges that:

On or about July 13, 2004, in the District of Hawaii, the defendant GEORGE MAMORU INOUYE, also known as "Keoki," did knowingly possess a firearm as defined by Title 26, United States Code, Section 5845(a)(1), to wit, a Savage Arms (Springfield), model 67VR, Series C, 20-gauge shotgun, with a barrel length of less than eighteen (18) inches, bearing serial number B374929, which was not registered to him in the National Firearms Registration and Transfer Record as required by law.

All in violation of Title 18, United States Code, Section 2(a) and Title 26, United States Code, Sections 5845(a)(1) and 5861(d).

**COUNT 2**
(18 U.S.C. § 922(g)(1) & 924(a)(2))

The Grand Jury further charges that:

On or about July 13, 2004, in the District of Hawaii, the defendant GEORGE MAMORU INOUYE, also known as "Keoki," having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting commerce three firearms, to wit, (1) a model 1911A1, caliber .45 single action semi-automatic pistol, bearing serial number 2346732, (2) a Smith & Wesson, model 29-2, caliber .44 Magnum revolver, bearing serial number N304008, and (3) a Savage Arms (Springfield), model 67VR, Series C, 20-gauge shotgun, with

2

a barrel length of less than eighteen (18) inches, bearing serial
number B374929.

All in violation of Title 18, United States Code,
Sections 922(g)(1) and 924(a)(2).


COUNT 3
(18 U.S.C. § 922(g)(3) & 924(a)(2))

The Grand Jury further charges that:

On or about July 13, 2004, in the District of Hawaii,
defendant GEORGE MAMORU INOUYE, also known as "Keoki," then being
an unlawful user of a controlled substance as defined in Title
21, United States Code, Sections 801 and 802, did knowingly
possess in and affecting commerce three firearms, to wit,(1) a
model 1911A1, caliber .45 single action semi-automatic pistol,
bearing serial number 2346732, (2) a Smith & Wesson, model 29-2,
caliber .44 Magnum revolver, bearing serial number N304008, and
(3) a Savage Arms (Springfield), model 67VR, Series C, 20-gauge
shotgun, with a barrel length of less than eighteen (18) inches,
bearing serial number B374929.

All in violation of Title 18, United States Code,
Sections 922(g)(3) and 924(a)(2).


**COUNT 4**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B))

The Grand Jury charges:

On or about July 13, 2004, in the District of Hawaii,
defendant GEORGE MAMORU INOUYE, also known as "Keoki," did

knowingly and intentionally possess with intent to distribute in excess of 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, to wit, approximately 98 grams (net weight) of d-methamphetamine hydrochloride with a purity in excess of 80 percent, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 5
(21 U.S.C. § 844)

The Grand Jury charges:

On or about July 13, 2004, in the District of Hawaii, defendant GEORGE MAMORU INOUYE, also known as "Keoki," did knowingly and intentionally possess heroin, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 844.

### COUNT 6
(21 U.S.C. § 844)

The Grand Jury charges:

On or about July 13, 2004, in the District of Hawaii, defendant GEORGE MAMORU INOUYE, also known as "Keoki," did knowingly and intentionally possess cocaine, its salts, isomers, and salts of its isomers a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 844.

4

## Sentencing Allegations

1) With respect to Count 4, the defendant possessed at least 50 grams but less than 150 grams of a substance containing d-methamphetamine hydrochloride of at least 80% purity;

DATED: September 8, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_ELLIOT ENOKI_
First Assistant U.S. Attorney

_THOMAS J. BRADY_
Assistant U.S. Attorney

UNITED STATES v. GEORGE MAMORU INOUYE
Cr. No. 04-      (Indictment)

5