AO 442 (Rev. 3/99) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 13 2006

at __2__ o'clock and __27__ min __P__ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

GEORGE MAMORU INOUYE

**WARRANT FOR ARREST**

CR 04-331 DAE

CASE NUMBER: 04-0565 BMK

2004 AUG 16 AM 10: 10
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

To: The United State Marshal
any Authorized United States Officer and /or any City & County of Honolulu Police Officer

YOU ARE HEREBY COMMANDED to arrest     GEORGE MAMORU INOUYE

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

being a felon in possession of a firearm and possession of a firearm not registered with the National Firearms Registration and Transfer Record, in violation of Title 18 United States Code, Section 922(g)(1) and Title 26 United States Code, Section 5861 (d).

BARRY M. KURREN
~~Walter A.Y.H. Chinn~~
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $  TO BE DETERMINED

U.S. MAGISTRATE JUDGE
~~Clerk, U.S. District Court~~
Title of Issuing Officer

August 16, 2004, Honolulu, Hawaii
Date and Location

BARRY M. KURREN, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 8/16/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/23/04 | CARMCOS PAAU, S/A | _(signature)_ |